**Order filed January 24, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-01019-CV
_____

**LORETTA BRANCH, GRAYLYN JUDKINS AND WANDA FORD,**
**Appellants**

**V.**

**MONUMENTAL LIFE INSURANCE COMPANY, Appellee**

---

**On Appeal from the County Court at Law No. 1 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CIO46943**

---

## O R D E R

The clerk's record was due on or before December 14, 2012, but has not been filed. The clerk responsible for preparation of the record advised this court that appellant had not made arrangements to pay for the record.

Unless, within fifteen days from the date of this order, appellant pays or makes arrangements to pay for the record and provides this court with proof of

payment, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM